UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BREAKDOWN SERVICES, LTD., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SPERO STAMBOULIS, an individual; JIM THALMAN, an individual; and DOES 1 through 10,<br><br>　　　　　Defendants, | Case No.: CV09-08677SJO(FFMx)<br><br>JUDGMENT FOR PERMANENT INJUNCTION |

## JUDGMENT FOR PERMANENT INJUNCTION

The Court having read and considered the Stipulation for Entry of Judgment for Permanent Injunction executed by plaintiff Breakdown Services, Ltd. and defendant Spero Stamboulis, and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. Defendant Spero Stamboulis, and his agents, servants, employees and representatives, and all persons acting in concert or participating with him, are permanently enjoined and restrained from engaging in, committing, or performing, directly or indirectly, by any means whatsoever, any of the following acts:

(a) Disseminating, disclosing and transmitting some or all of the script summaries published by Breakdown Services and commonly known in the entertainment industry as "breakdowns," and/or the information contained therein, to unauthorized third persons;

(b) Disseminating, disclosing and transmitting some or all of the breakdowns and/or the information contained therein to unauthorized third persons in consideration either for cash remuneration or, in the alternative, in exchange for some business or other benefit or for no consideration.

(c) Utilizing the breakdowns to compete with Breakdown Services by selling and/or giving away the breakdowns to other persons or entities; including without limitation, the dissemination, disclosure and transmission of the breakdowns to unauthorized third persons and/or entities (1) free of charge and/or (2) below Breakdown Services' sales price and/or at the same or greater sales price for such information;

(d) Pirating, obtaining, using, distributing, copying, transmitting, selling and/or giving away to unauthorized third persons, groups, and/or entities Breakdown Services' breakdowns in consideration for payments or consideration of any kind; and

(e) Selling Breakdown Services' breakdowns and/or the information contained therein over the internet or in any other publication whatsoever.

\ \ \

     2.     Each party shall bear his/its own attorney's fees and costs incurred through the date of entry of the Stipulated Permanent Injunction.  In any proceeding following entry of the Stipulated Permanent Injunction to determine whether defendant Spero Stamboulis has violated any term of the Stipulated Permanent Injunction, the prevailing party shall recover its reasonable attorney's fees and costs incurred therein.

     3.     The Clerk is directed to enter this permanent injunction forthwith.

JANUARY 28, 2010

DATED: _____

_____
HON. S. JAMES OTERO
District Court Judge